UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-cr-00014-RLY-CSW |
| ) | |
| JADRION GRIFFIN ) | |
| a/k/a TEESE, ) -01 | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On March 7, 2024, the Court held a hearing on the Petition for Summons for Offender Under Supervision filed on January 26, 2024. (Docket No. 267) and a Supplemental Petition for Summons for Offender Under Supervision filed on March 6, 2024 (Dkt. No. 273). Defendant Griffin appeared in person with his appointed counsel Andrew Carroll. The government appeared by Todd Shellenbarger, Assistant United States Attorney. United States Parole and Probation appeared by Officer Brian Deardurff.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Docket No. 275). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1

1. The Court advised Defendant Griffin of his rights and provided him with a copy of both petitions. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Griffin admitted violation numbers 1, 2 and 3. ([Docket No. 267 and Docket No. 273](#)).

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state, or local crime."** |
| | Mr. Griffin was cited for a new criminal matter and charged on February 20, 2024, with Misdemeanor charges in Vanderburgh County, Indiana in cause 82D01-2402-CM-001210. In this cause, Mr. Griffin is being charged with Criminal Trespass. |
| | As previously reported to the Court, Mr. Griffin was arrested on May 21, 2023, and charged with Misdemeanor charges in Vanderburgh County, Indiana in cause 82D06-2305-CM-003106. In this cause, Mr. Griffin is being charged with Possession of a Controlled Substance-Possession of a Schedule I, II, III or IV, Possession of Marijuana, Operating a Vehicle While Intoxicated Endangering a Person, Reckless Driving, Resisting Law Enforcement, Learners Permit Violation, Driving Left of Center, and Disregarding a Flashing Red or Yellow Signal. |
| | As previously reported to the Court, Mr. Griffin was arrested on December 11, 2023, and charged with Misdemeanor charges in Vanderburgh County, Indiana was charged with Disorderly Conduct, Class B Misdemeanor in cause number 82D06-2312-CM-007632. |

2  **"The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons."**

Since placement on supervised release, Mr. Griffin has failed to work regularly or for at a lawful occupation.

3  **"The defendant shall notify the probation officer within seventy-two hours of being arrested or question by a law enforcement officer."**

Mr. Griffin failed to report law enforcement contact from an incident on December 20, 2024, which subsequently led to a citation and a new criminal charge.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade **C** violation.

    (b) Defendant's criminal history category is **VI**.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **8 to 14** months imprisonment.

5. The parties jointly recommended a sentence below the guideline range of six (6) months with no further supervision to follow. The Parties request defendant be permitted to self-surrender to Henderson County Detention Center on March 22, 2024 by 12:00 p.m. (Central Time).

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of six (6) months with no further supervision, upon release from imprisonment. The Magistrate Judge further recommends that defendant be

permitted to self-surrender to Henderson County Detention on March 22, 2024 by 12:00 p.m. (Central Time).  Until the time of defendant's self-surrender, he shall continue to abide by the current terms of his supervised release.

    The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties elected to waive the fourteen (14) day period to object to the Report and Recommendation.

    Date:  March 8, 2024

*Crystal S. Wildeman*
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.